UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SUSHI BISTRO, INC., et al.,<br><br>        Defendants.<br>_____/ | No. 08-2545 EMC<br><br><br>**ORDER OF RECUSAL** |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

        IT IS SO ORDERED.


Dated: June 3, 2008

                                                _____<br>
                                                EDWARD M. CHEN<br>
                                                United States Magistrate Judge