THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>SUSHI BISTRO, INC.,a California corporation; JEFFERY LAU; and SOPHIA LAU,<br><br>          Defendants. | CASE NO. CV-08-2545-CW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

          The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    CV 08-2545-CW

1      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2  their designated counsel that the above-captioned action be and hereby is dismissed with

3  prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

4  Respectfully submitted,

5

6  Dated: March 23, 2009                    THOMAS E. FRANKOVICH,
                                            *A PROFESSIONAL LAW CORPORATION*
7

8                                           By: _____/S/_____
                                                  Thomas E. Frankovich
9                                           Attorneys for Plaintiffs CRAIG YATES and
                                            DISABILITY RIGHTS ENFORCEMENT,
10                                          EDUCATION SERVICES

11

12 Dated: March 24, 2009                    JON C. YONEMITSU,
                                            GORDON & REES LLP
13

14                                          By: _____/S/_____
                                                  Jon C. Yonemitsu
15                                          Attorneys for Defendants SUSHI BISTRO, INC., a
                                            California corporation; JEFFREY LAU; and
16                                          SOPHIE LAU

17

18                                    **ORDER**

19      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

20 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

21 the purpose of enforcing the parties' Settlement Agreement and General Release should such

22 enforcement be necessary.

23                 3/31
   DATED: _____, 2009
24
                                            _____
25                                          HONORABLE CLAUDIA WILKEN
                                            United States District of California Judge

26

27

28

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**          CV 08-2545-CW          -2-